January 16, 2024

**FILED**
**Jan 16, 2024, 1:06 PM**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Pro Se Office via**
**Box.com**

Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 4H North

Re: Commodity Futures Trading Commission v. Technical Trading Team, LLC
23-cv-07296 (LDH)

Dear Judge DeArcy Hall:

On behalf of myself, I am requesting a 60-day extension of the time to answer, or otherwise respond to the complaint in this case. I have been having difficulties obtaining legal counsel due to financial hardship. With an extension I am certain that I can obtain counsel so that I can properly defend myself. From my review of online submissions i note that the CFTC has already consented to a 60-day extension on behalf of Technical trading team LLC and Edwin Carrion and that Mr Carrion has filed a letter requesting that the court grant the extension. I ask that I be granted the same extension of time requested by Mr. Carrion.

Thank you for your time and attention.

Respectfully,

_____
Jason F. Rodriguez
Technical Trading Team, LLC